Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 20–10138–ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Daniel T. Walsh  
56 Goodwin Pkwy  
Sewell, NJ 08080–9445

Social Security No.:  
xxx–xx–3144

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             3/11/20  
Time:             09:00 AM  
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 7, 2020  
JAN: eag

                                                       Jeanne Naughton  
                                                       Clerk, U. S. Bankruptcy Court

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 20-10138-ABA
Daniel T. Walsh                                                         Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                Page 1 of 2                  Date Rcvd: Jan 07, 2020
                               Form ID: 132               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db             Daniel T. Walsh,    56 Goodwin Pkwy,    Sewell, NJ   08080-9445
518648739      ADP LLC,    PO Box 842875,    Boston, MA   02284-2875
518648740      Alpha Recovery Corp,    6912 S Quentin St Ste 10,    Centennial, CO   80112-4531
518648741      American Express National Bank,    c/o Zwicker & Assoc,    1105 Laurel Oak Rd Ste 136,
                Voorhees, NJ   08043-4312
518648742     +Best Buy Credit Services,    Po Box 688911,    Des Moines, IA 50368-8911
518648745     +Chase Bank Usa Na,    Po Box 15298,    Wilmington, DE 19850-5298
518648748     +Lourdes Cardiology Services,    Po Box 824699,    Philadelphia, PA 19182-4699
518648750      MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ   08003-2016
518648751      Pnc Ban,    PO Box 856177,    Louisville, KY   40285-6177
518648755     #SRA Associates,    401 Minnetonka Rd,    Hi Nella, NJ   08083-2914
518648757      TD Retail Card Services,    PO Box 731,    Mahwah, NJ   07430-0731
518648758      THD/CBNA,    PO Box 6497,    Sioux Falls, SD   57117-6497
518648759      United Supply Company,    c/o Turner law Firm,    76 S Orange Ave,    South Orange, NJ   07079-1935
518648761      Wells Fargo NA,    c/o KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 07 2020 23:33:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 07 2020 23:33:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ   07102-5235
518648743       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 07 2020 23:35:55      Capital One,
                 PO Box 6492,    Carol Stream, IL   60197-6492
518648744       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 07 2020 23:35:21      Capital One,
                 PO Box 70886,    Charlotte, NC   28272-0886
518648746      +E-mail/Text: bncnotices@becket-lee.com Jan 07 2020 23:33:05      Kohls/Capital One,
                 Po Box 3115,    Milwaukee, WI 53201-3115
518648747       E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2020 23:34:50      Littman Jewler,    PO Box 100114,
                 Columbia, SC   29202-3114
518648749       E-mail/Text: camanagement@mtb.com Jan 07 2020 23:33:23      M&T Bank,    PO Box 767,
                 Buffalo, NY   14240-0767
518648752      +E-mail/Text: bankruptcy@prosper.com Jan 07 2020 23:34:10      Prosper Marketplace Inc,
                 101 2nd St, Fl 156,    San Francisco, CA 94105-3672
518648753      +E-mail/Text: jennifer.chacon@spservicing.com Jan 07 2020 23:34:32
                 Select Portfolio Servicing Inc,    Po Box 65450,    Salt Lake City, UT 84165-0450
518648754       E-mail/Text: bankruptcy@bbandt.com Jan 07 2020 23:33:40      Sheffield Financial,    PO Box 1847,
                 Wilson, NC   27894-1847
518648756       E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2020 23:34:53      Syncb/Lowes,    PO Box 965005,
                 Orlando, FL   32896-5005
518650751      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2020 23:34:52      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518648760       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 07 2020 23:32:48
                 Verizon,    PO Box 408,    Newark, NJ   07101-0408
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                    Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 07, 2020
                              Form ID: 132             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Stephanie   Shreter    on behalf of Debtor Daniel T. Walsh shreterecf@comcast.net,
               shreterlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 3
```