TURNER LAW FIRM, LLC
**BY:  ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
973-763-0568 (fax)
Attorneys for Creditor United Supply
**ART 8574**

| | |
|---|---|
| In re<br><br>DANIEL WALSH<br><br>                    Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 20-10138<br><br>Chapter 13<br><br>Judge Andrew B. Altenburg, Jr.<br><br>NOTICE OF APPEARANCE |

    Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of United Supply Company.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

> Turner Law Firm, LLC
> 76 South Orange Avenue - Suite 306
> South Orange, New Jersey 07079.

[**X**]  All notices entered pursuant to Fed. R. Bankr. P. 2002.
[**X**]  All documents and pleadings of any nature.

                                              /s/ Andrew R. Turner
                                                ANDREW R. TURNER

Dated:  January 19, 2020