**Information to identify the case:**

| | | |
|---|---|---|
| **Debtor 1:** | Daniel T. Walsh<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–3144<br>EIN: _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter:  13  1/6/20 |
| Case number: | 20–10138–ABA | Date case converted to chapter:  7  3/3/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel T. Walsh | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 56 Goodwin Pkwy<br>Sewell, NJ 08080–9445 | |
| 4. | **Debtor's attorney**<br>Name and address | Stephanie Shreter<br>The Law Office of Stephanie Shreter<br>105 High Street<br>Mt. Holly, NJ 08060 | Contact phone (609) 265–9600<br>Email: shreterecf@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Maureen P. Steady<br>2 Kings Highway West<br>Suite 102<br>Haddonfield, NJ 08033 | Contact phone 856–428–1060 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street <br> Camden, NJ 08102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 856–361–2300 <br><br> Date: 3/4/20 |
| **7. Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 24, 2020 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/23/20** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                                United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                                  Case No. 20-10138-ABA
Daniel T. Walsh                                                                         Chapter 7
         Debtor                           CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Mar 04, 2020
                               Form ID: 309A                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db             Daniel T. Walsh,    56 Goodwin Pkwy,    Sewell, NJ 08080-9445
tr            +Maureen P. Steady,    2 Kings Highway West,    Suite 102,    Haddonfield, NJ 08033-2117
518648739      ADP LLC,    PO Box 842875,    Boston, MA 02284-2875
518648740      Alpha Recovery Corp,    6912 S Quentin St Ste 10,    Centennial, CO 80112-4531
518648741      American Express National Bank,    c/o Zwicker & Assoc,    1105 Laurel Oak Rd Ste 136,
                Voorhees, NJ 08043-4312
518661581     +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
                Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
518648742     +Best Buy Credit Services,    Po Box 688911,    Des Moines, IA 50368-8911
518695959     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
518648748     +Lourdes Cardiology Services,    Po Box 824699,    Philadelphia, PA 19182-4699
518648750      MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518736285     +PNC Bank, National Association,    PO Box 94982,    Cleveland OH 44101-4982
518648751      Pnc Ban,    PO Box 856177,    Louisville, KY 40285-6177
518648755     #SRA Associates,    401 Minnetonka Rd,    Hi Nella, NJ 08083-2914
518648757      TD Retail Card Services,    PO Box 731,    Mahwah, NJ 07430-0731
518670450     +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
518648759      United Supply Company,    c/o Turner law Firm,    76 S Orange Ave,    South Orange, NJ 07079-1935
518648761      Wells Fargo NA,    c/o KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: shreterecf@comcast.net Mar 04 2020 23:38:11     Stephanie Shreter,
                The Law Office of Stephanie Shreter,    105 High Street,    Mt. Holly, NJ 08060
tr            +EDI: FMPSTEADY Mar 05 2020 04:13:00     Maureen P. Steady,    2 Kings Highway West,    Suite 102,
                Haddonfield, NJ 08033-2117
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:15     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:12     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518701560      EDI: BECKLEE.COM Mar 05 2020 04:08:00     American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518648743      EDI: CAPITALONE.COM Mar 05 2020 04:13:00     Capital One,    PO Box 6492,
                Carol Stream, IL 60197-6492
518648744      EDI: CAPITALONE.COM Mar 05 2020 04:13:00     Capital One,    PO Box 70886,
                Charlotte, NC 28272-0886
518659038     +EDI: AIS.COM Mar 05 2020 04:08:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518648745      EDI: JPMORGANCHASE Mar 05 2020 04:08:00     Chase Bank Usa Na,    Po Box 15298,
                Wilmington, DE 19850-0000
518648746     +E-mail/Text: bncnotices@becket-lee.com Mar 04 2020 23:38:38     Kohls/Capital One,
                Po Box 3115,    Milwaukee, WI 53201-3115
518648747      EDI: RMSC.COM Mar 05 2020 04:13:00     Littman Jewler,    PO Box 100114,
                Columbia, SC 29202-3114
518648749      E-mail/Text: camanagement@mtb.com Mar 04 2020 23:38:58     M&T Bank,    PO Box 767,
                Buffalo, NY 14240-0767
518648752     +E-mail/Text: bankruptcy@prosper.com Mar 04 2020 23:39:44     Prosper Marketplace Inc,
                101 2nd St, Fl 156,    San Francisco, CA 94105-3672
518648753     +E-mail/Text: jennifer.chacon@spservicing.com Mar 04 2020 23:40:05
                Select Portfolio Servicing Inc,    Po Box 65450,    Salt Lake City, UT 84165-0450
518648754      E-mail/Text: bankruptcy@bbandt.com Mar 04 2020 23:39:08     Sheffield Financial,    PO Box 1847,
                Wilson, NC 27894-1847
518648756      EDI: RMSC.COM Mar 05 2020 04:13:00     Syncb/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
518650751     +EDI: RMSC.COM Mar 05 2020 04:13:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518648758      EDI: CITICORP.COM Mar 05 2020 04:13:00     THD/CBNA,    PO Box 6497,
                Sioux Falls, SD 57117-6497
518648760      EDI: VERIZONCOMB.COM Mar 05 2020 04:08:00     Verizon,    PO Box 408,    Newark, NJ 07101-0408
                                                                                                TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 04, 2020
                              Form ID: 309A            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```