*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Daniel T. Walsh

Case No.: 20-10138
Chapter: 7
Judge: Hon. ABA, Jr.

## NOTICE OF PROPOSED ABANDONMENT

__Maureen P. Steady__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy court
District of New Jersey
P.O. Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __June 2, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
56 Goodwin Pkwy
Sewell, NJ 08080

$265,000.00

Liens on property:
$267,475.91

Amount of equity claimed as exempt:
n/a

Objections must be served on, and requests for additional information directed to:

Name: Maureen P. Steady, Chapter 7 Trustee
Address: 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033
Telephone No.: 856-428-1060

*rev.8/1/15*