UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Daniel T. Walsh

Case No.: 20-10138
Chapter: 7
Judge: Hon. ABA, Jr.

### NOTICE OF PROPOSED ABANDONMENT

__Maureen P. Steady__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| U.S. Bankruptcy court<br>District of New Jersey<br>P.O. Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __June 2, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| 56 Goodwin Pkwy<br>Sewell, NJ 08080<br><br>$265,000.00 |

| Liens on property: |
|---|
| $267,475.91 |

| Amount of equity claimed as exempt: |
|---|
| n/a |

Objections must be served on, and requests for additional information directed to:

Name: Maureen P. Steady, Chapter 7 Trustee
Address: 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033
Telephone No.: 856-428-1060

*rev.8/1/15*

```
                                 United States Bankruptcy Court
                                        District of New Jersey
In re:                                                                           Case No. 20-10138-ABA
Daniel T. Walsh                                                                  Chapter 7
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                   Page 1 of 2                  Date Rcvd: Apr 30, 2020
                                Form ID: pdf905               Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db             Daniel T. Walsh,    56 Goodwin Pkwy,    Sewell, NJ 08080-9445
aty           +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,   Westmont, NJ 08108-2812
518648739      ADP LLC,    PO Box 842875,    Boston, MA 02284-2875
518648740      Alpha Recovery Corp,    6912 S Quentin St Ste 10,    Centennial, CO 80112-4531
518701560      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
518648741      American Express National Bank,    c/o Zwicker & Assoc,    1105 Laurel Oak Rd Ste 136,
                Voorhees, NJ 08043-4312
518661581     +American Express National Bank, AENB,     c/o Zwicker and Associates, P.C.,
                Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
518648742     +Best Buy Credit Services,    Po Box 688911,    Des Moines, IA 50368-8911
518695959     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
518648748     +Lourdes Cardiology Services,    Po Box 824699,    Philadelphia, PA 19182-4699
518648750      MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518736285     +PNC Bank, National Association,    PO Box 94982,    Cleveland OH 44101-4982
518648751      Pnc Ban,    PO Box 856177,    Louisville, KY 40285-6177
518648755     #SRA Associates,    401 Minnetonka Rd,    Hi Nella, NJ 08083-2914
518648757      TD Retail Card Services,    PO Box 731,    Mahwah, NJ 07430-0731
518670450     +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
518648758      THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518648759      United Supply Company,    c/o Turner law Firm,    76 S Orange Ave,   South Orange, NJ 07079-1935
518648761      Wells Fargo NA,    c/o KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2020 23:21:45      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2020 23:21:43       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518648743      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2020 23:27:16       Capital One,
                PO Box 6492,    Carol Stream, IL 60197-6492
518648744      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2020 23:25:33       Capital One,
                PO Box 70886,    Charlotte, NC 28272-0886
518659038     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 23:26:46
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518648745      E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 30 2020 23:27:12       Chase Bank Usa Na,
                Po Box 15298,    Wilmington, DE 19850-0000
518648746     +E-mail/Text: bncnotices@becket-lee.com Apr 30 2020 23:20:58       Kohls/Capital One,
                Po Box 3115,   Milwaukee, WI 53201-3115
518648747      E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 23:25:18       Littman Jewler,    PO Box 100114,
                Columbia, SC 29202-3114
518648749      E-mail/Text: camanagement@mtb.com Apr 30 2020 23:21:19      M&T Bank,    PO Box 767,
                Buffalo, NY 14240-0767
518648752     +E-mail/Text: bankruptcy@prosper.com Apr 30 2020 23:22:10       Prosper Marketplace Inc,
                101 2nd St, Fl 156,    San Francisco, CA 94105-3672
518747742      E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2020 23:21:33
                Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                Kirkland, WA 98083-0788
518648753     +E-mail/Text: jennifer.chacon@spservicing.com Apr 30 2020 23:22:24
                Select Portfolio Servicing Inc,    Po Box 65450,    Salt Lake City, UT 84165-0450
518648754      E-mail/Text: bankruptcy@bbandt.com Apr 30 2020 23:21:40      Sheffield Financial,    PO Box 1847,
                Wilson, NC 27894-1847
518648756      E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 23:25:19       Syncb/Lowes,   PO Box 965005,
                Orlando, FL 32896-5005
518650751     +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 23:25:20       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518648760      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 23:20:34
                Verizon,    PO Box 408,    Newark, NJ 07101-0408
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 30, 2020
                              Form ID: pdf905          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
          Andrew R. Turner    on behalf of Creditor    United Supply Company courts@turnerlaw.net
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
           Structured Asset Mortgage Investments II Inc., Et Al... dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Maureen P. Steady    trustee@kurtzmansteady.com,  mps@trustesolutions.net
          Stephanie  Shreter    on behalf of Debtor Daniel T. Walsh shreterecf@comcast.net,
           shreterlaw@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 5
```