Certificate Number: 17572-NJ-DE-034454906

Bankruptcy Case Number: 20-10138



17572-NJ-DE-034454906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 14, 2020, at 8:34 o'clock AM PDT, Daniel T Walsh completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  May 14, 2020                By:    /s/Leigh-Anna M Thompson

                                   Name:  Leigh-Anna M Thompson

                                   Title: Counselor